FILED
2017 Jul-21 AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TROY T. WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:17-cv-01216-HNJ |
| ) | |
| CAPITAL ONE BANK (USA) N.A, et al., ) | |
| ) | |
| Defendants ) | |

### **O R D E R**

Plaintiff has filed a Motion for Leave to Proceed *In Forma Pauperis*. (Doc. 4). After consideration of the motion and affidavit, it is ORDERED that the motion is due to be and hereby is GRANTED.

DONE this 21st day of July, 2017.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE