

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

## SUMMONS

| | |
|---|---|
| TROY T. WILLIAMS | } |
| | } |
| Plaintiff(s) | } (Issued pursuant to Rule 4 |
| v. | } of the Federal Rules of Civil |
| | } Procedure or other appropriate laws) |
| CAPITAL ONE BANK (USA) N.A. | } |
| Defendant(s) | } Case Number: 5:17-CV-1216-HNJ |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff's attorney:

> TROY T. WILLIAMS
> PO BOX 464
> HARVEST AL 35749

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

July 21, 2017                     By: _____
                                     Deputy Clerk

-----------------------------------------------------------------------------------------

SERVE:  per U.S. Marshal's Form 285

> Clerk, United States District Court
> Northern District of Alabama
> 101 Holmes Avenue NE
> Huntsville AL 35801

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 5:17-cv-01216-CLS Document 6 Filed 07/21/17 Page 2 of 4

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy T. Williams | 5:17-cv-1216-HNJ |
| DEFENDANT | TYPE OF PROCESS |
| Capital One Bank (USA) N.A. | s/c |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capital One Bank (USA) N.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Attn: Legal Department 1680 Capital One Drive McLean, VA 22102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Troy T. Williams<br>PO Box 464<br>Harvest AL 35749 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                   Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *[signature] Clerk* | 256-551-2533 | 7/21/17 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

## SUMMONS

| | |
|---|---|
| TROY T. WILLIAMS | |
| Plaintiff(s) | (Issued pursuant to Rule 4 |
| v. | of the Federal Rules of Civil |
| | Procedure or other appropriate laws) |
| EQUIFAX INFORMATION SERVICES, INC. | |
| Defendant(s) | Case Number: 5:17-CV-1216-HNJ |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff's attorney:

TROY T. WILLIAMS
PO BOX 464
HARVEST AL 35749

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

SHARON N. HARRIS, CLERK

July 21, 2017                              By: _Stephanie Jden_
                                                    Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
101 Holmes Avenue NE
Huntsville AL 35801

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 5:17-cv-01216-CLS Document 6 Filed 07/21/17 Page 4 of 4

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy T. Williams | 5:17-cv-1216-HNJ |
| DEFENDANT | TYPE OF PROCESS |
| Equifax Information Services, Inc. | s/c |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Equifax Information Services, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Attn: Legal Department 1550 Peachtree St. N.W. Atlanta GA 30309

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy T. Williams
PO Box 464
Harvest AL 35749

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                                              Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*[signature] Stephanie [illegible] deputy clerk*
TELEPHONE NUMBER: 256-551-2533
DATE: 7/21/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00