Case 5:17-cv-01216-CLS   Document 9   Filed 08/11/17   Page 1 of 7
Troy T. Williams v. Capital One Bank (USA)N.A. and Equifax Information Services Inc.
Case No. 5:17-cv-01216-HNJ

FILED
2017 Aug-11 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

FILED
2017 AUG 11 A II: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

August 11, 2017

This document relates to:

**Troy T. Williams,** an
Individual

*Plaintiff,*

V.

**Capital One Bank (USA)N.A.
and Equifax Information Services
Inc.**
*Defendant(s)*

: CaseNo. 5:17-cv-01216-HNJ
: PLAINTIFF DEMANDS TRIAL
: BY JURY
:
:
:
:

---

## PLAINTIFF'S AFFIDAVIT

---

I, Troy T. Williams, of Harvest, in Madison Alabama, MAKE OATH AND SAY THAT:

1. I do solemnly swear by all laws and statutes that apply, that I, Plaintiff, Williams, pro se' followed up with Jill, U.S. Marshall [Administrative Officer] on August 10, 2017 at phone number 205-307-7335 approximately 12:56p and 1:27p located at 1729 Fifth Ave. North Room 240 Birmingham, AL. 35203 and inquired about

"*investigation*" results as it pertains to the alleged delayed "*signed*" certified return receipt at it pertains to # 7014 2870 0000 5423 2867. Jill, U.S. Marshall [Administrative Officer] indicated that she found the following: (1) that summon and complaint was delivered on July 28, 2017 to a 1680 Capital One Drive McLean, VA 22102 (2) indicated that an "*individual*" picked up summons and complaint but could not confirm who "*signed*" (3) Jill provided tracking number via certified mail as # 7014 2870 0000 5423 2867 (4) was waiting for "*signed*" return receipt (5) read Plaintiff Williams' affidavit docket entry #8 (6) mentioned to Plaintiff Williams that she could input into the docket court system that "summons and complaint was delivered on July 28, 2017; excluding "*signed*" returned receipt" (7) Williams communicated in response that he agreed and to add that co-defendant "Capital One Bank (USA)N.A." has until August 18, 2017 to answer like co-defendant "Equifax". (see Dkt# 7). (8) Jill, U.S. Marshal [Administrative Officer] indicated to Plaintiff Williams that she could input the update by no later than 3 p.m. on August 10, 2017.

2. Plaintiff, Williams, was not totally satisfied with "*investigation*" results conducted by Jill, U.S. Marshal [Administrative Officer], and began to research the alleged missing and/or delayed certified return receipt # 7014 2870 0000 5423 2867 provided by Jill and proceeded to contact Post-Master of the United States Postal Service located at 9157 Wall Triana Hwy, Harvest, AL. 35749 on August 10, 2017 and spoke with "Angie" on duty and asked her to conduct an "*investigation*" concerning # 7014 2870 0000 5423 2867 provided by Jill, U.S. Marshal [Administrative Officer] at approximately 3:11p.

3. Post-Master's "*investigation*" into # 7014 2870 0000 5423 2867 produced the following: (1) **PDF signature of a "*Samuel Mills*"**

*that took place on July 28, 2017 at approximately 8:32a. (see attachment #1).*

4. Plaintiff, Williams, asserts that he has been informed by U.S. Marshals located at 1729 Fifth Ave. North Room 240 Birmingham, AL 35203 on August 7, 9 and 10, 2017 that the delay to updating the docket to the court is the missing and/or delayed *"signed"* certified return receipt.

5. Plaintiff, Williams, made another attempt to contact Jill, U.S. Marshal [Administrative Officer] concerning the alleged delayed *"signed"* return receipt to # 7014 2870 0000 5423 2867 and asserted to Jill, U.S. Marshal [Administrative Officer] on August 11, 2017 approximately 8:20a that he has the *"signed"* copy via United States Postal Service or "usps" in PDF form that can be *"verified"* and *"validated"* by Post-Master, located at 9157 Wall Triana Hwy, Harvest, AL. 35749 that indicates **"Samuel Mills"** as the *"signator"* who *"signed"* for co-defendant "Capital One Bank (USA)N.A." on July 28, 2017 at approximately 8:32a. Williams indicated to Jill, that he could e-mail to help assist with the matter; Jill indicated must come from Post Office. Williams informed Jill that to expedite the matter to contact local Post-Master at the Post Office and request a PDF form copy of who signed. Jill indicated she would act on that information.

6. The findings by the Post-Master, located at 9157 Wall Triana Hwy, Harvest, AL. 35749 at approximately 3:11p on August 10, 2017 concerning the delay of *"signed"* return receipt as it pertains to # 7014 2870 0000 5423 2867 which contains the court issued summons and complaint can now be put to rest and the court docket should reflect a perfected and executed summons and complaint delivered upon co-defendant "Capital One Bank (USA)N.A." In other words, "Capital One Bank (USA)N.A. should

have no doubts and qualms as to being properly served and therefore an *"answer"* according to the *"summons"* is due by August 18, 2017 or be in default.

In accords with **Title 28 U.S.C. § 1746**, Plaintiff, Williams, declares under penalty of perjury that the fore going is true and correct.

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

Help

**UNITED STATES POSTAL SERVICE**

## Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 10, 2017 |

### USPS Tracking Intranet
### Delivery Signature and Address

  Starting on Wednesday, July 26, 2017, the End of Day (EOD) report will be disabled. This report is being suspended to investigate improper use of the data that negatively impacts visibility and our customers' tracking experience. The End of Day report is intentionally unavailable and there is no system defect. Do not log a Help Desk ticket for this change. Thank you for your support.

Tracking Number: 7014 2870 0000 5423 2867

This item was delivered on 07/28/2017 at 08:38:00

< Return to Tracking Number View

| Signature | *Samuel Mills* |
| | Samuel Mills |
| Address | Capital One |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 13.3.0.0.8

ATTACH # 1

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove X

**Tracking Number:** 70142870000054232867

▶ ▶ ▶ **Delivered**

**Updated Delivery Day:** Friday, July 28, 2017 ⓘ

**Product & Tracking Information**                                     **See Available Actions**

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 28, 2017, 8:38 am | Delivered, Individual Picked Up at Postal Facility | MC LEAN, VA 22102 |

Your item was picked up at a postal facility at 8:38 am on July 28, 2017 in MC LEAN, VA 22102.

| | | |
|---|---|---|
| July 28, 2017, 5:07 am | Arrived at Unit | MC LEAN, VA 22102 |
| July 26, 2017, 8:32 pm | Departed USPS Regional Facility | BIRMINGHAM AL DISTRIBUTION CENTER ANNEX |
| July 26, 2017, 8:30 pm | Arrived at USPS Regional Facility | BIRMINGHAM AL DISTRIBUTION CENTER ANNEX |

See More ∨

## Available Actions

Text Updates    ∨

Email Updates    ∨

See Less ∧

### Can't find what you're looking for?
Go to our FAQs section to find answers to your tracking questions.

Troy T. Williams v. Capital One Bank (USA)N.A. and Equifax Information Solutions Inc.
Case No.

## Certificate of Interested Parties:

August 11, 2017

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Affidavit"* is in compliance with **with Local Court Rules and Fed.R.Civ.P.".**I have sent the following parties a copy of my brief via United States Postal Service and by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Legal Department**
1680 Capital One Drive
McLean, VA. 22102

**Equifax Information Services Inc.**
**Attn: Legal Department**
1550 Peachtree St. N.W.
Atlanta, GA 30309

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

Page 1 of 1