FILED
2017 Aug 11 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Troy T. Williams | COURT CASE NUMBER<br>5:17-cv-1216-HNJ |
| DEFENDANT<br>Capital One Bank (USA) N.A. | TYPE OF PROCESS<br>s/c |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capital One Bank (USA) N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Attn: Legal Department 1680 Capital One Drive McLean, VA 22102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Troy T. Williams
PO Box 464
Harvest AL 35749

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 256-551-2533
DATE: 7/21/17

Stephanie [signature] Deputy Clerk

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 2
District of Origin No.: 1
District to Serve No.: 082
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7-25-17

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8/10/17
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: USPS TRACKING 7014 2870 0000 5423 2867 INDICATES S&C DELIVERED AND PICKED UP BY AN INDIVIDUAL @ POSTAL FACILITY ON 7-28-17, 8:38 AM. GREEN CARD NOT RETURNED AS OF 8-10-17. SEE ATTACHMENT.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USPS Tracking® Results

FAQs  (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70142870000054232867

Remove

*Capital One* (handwritten)

▶ Delivered

**Updated Delivery Day:** Friday, July 28, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 28, 2017, 8:38 am | Delivered, Individual Picked Up at Postal Facility | MC LEAN, VA 22102 |

Your item was picked up at a postal facility at 8:38 am on July 28, 2017 in MC LEAN, VA 22102.

| | | |
|---|---|---|
| July 28, 2017, 5:07 am | Arrived at Unit | MC LEAN, VA 22102 |
| July 26, 2017, 8:32 pm | Departed USPS Regional Facility | BIRMINGHAM AL DISTRIBUTION CENTER ANNEX |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 26, 2017, 8:30 pm | Arrived at USPS Regional Facility | BIRMINGHAM AL DISTRIBUTION CENTER ANNEX |

See More

## Available Actions

Text Updates

Email Updates

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**