FILED
2017 Aug-23 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

Troy T. Williams v. Capital One Bank(USA)N.A. and Equifax Services
Information Inc
Case No. 5:17-cv-01216-HNJ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

FILED
2017 AUG 23 P 1:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**August 23, 2017**

This document relates to:

**Troy T. Williams,** an:
Individual

*Plaintiff,*

V.

**Capital One Bank (USA)N.A.
and Equifax Information Services
Inc.**
*Defendant(s)*

**CaseNo. 5:17-cv-01216-HNJ**
: PLAINTIFF DEMANDS TRIAL
: BY JURY

---

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY THE CLERK IN ACCORDS WITH FED. R. CIV. P. RULE 55(a) FOR CERTIFICATE OF DEFAULT

---

**To: Clerk of the Court**
  Attn: Sharon Harris
  United States District Court
  101 Holmes Avenue
  Huntsville, AL 35801

**Comes now**, Plaintiff, Williams, by way of pro se', to submit his motion for "entry of default" by the Clerk of the Court for the Northern District of Alabama, Huntsville, Alabama.

Upon order of the Court effective as of August 23, 2017 (ECF 20), Plaintiff, Williams apologizes to the Court by way of *"excusable neglect"* as a pro se' in submitting his affidavit motion prematurely.

Please enter the default of defendant(s), co-defendant "Equifax", pursuant to Rule 55(a) of the Federal Rules of Civic Procedure for failure to plead or otherwise defend this action as fully appears from the court file (ECF 7) herein and from the attached <u>affirmation in support of certificate of default.</u>

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothelt1will@gmail.com
In Proper Person

## Certificate of Interested Parties:

August 23, 2017

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Affidavit for Motion for Entry of Default"* is in compliance with **with Local Court Rules and Fed.R.Civ.P."**. I have sent the following parties a copy of my brief via United States Postal Service and by email.. *If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services Inc.**
**Attn: Legal Department**
1550 Peachtree St. N.W.
Atlanta, GA 30309

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person