FILED
2017 Aug-23  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Troy T. Williams | } |
|     Plaintiff(s) | } |
| v. | } Case Number: 5:17-cv-1216-HNJ |
| | } |
| Equifax Information Services, Inc. | } |
|     Defendant(s) | } |

## ENTRY OF DEFAULT

Upon verified application of the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, Equifax Information Services, Inc., was duly served and that the defendant, Equifax Information Services, Inc., has failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the defendant, Equifax Information Services, Inc., is in default and that the plaintiff, Troy T. Williams, have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

DONE on August 23, 2017.

SHARON N. HARRIS, CLERK

By: _Stephanie Solen_
Deputy Clerk