# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TROY WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), et al.,<br><br>      Defendants. | Case No. 5:17-cv-01216-HNJ |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax"), incorrectly named as Equifax Information Services Inc., submits the following Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

                              /s/ Kirkland E. Reid
                              Kirkland E. Reid (REIDK9451)
                              Attorney for Equifax Information Services LLC

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com

{MB280436.1}

## CERTIFICATE OF SERVICE

  This is to certify that on August 23, 2017, I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Joshua H Threadcraft
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

And via U.S. Mail to:

Troy T. Williams
PO Box 464
Harvest, AL 35749

              /s/ *Kirkland E. Reid*
              Kirkland E. Reid