# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **CAPITAL ONE BANK (USA),** | ) |
| **N.A., and EQUIFAX** | ) |
| **INFORMATION SERVICES,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on the following motions: (1) the *pro se* plaintiff's motion to quash;[1] (2) the motion to dismiss filed by defendant Capital One Bank (USA), N.A. ("Capital One");[2] (3) plaintiff's motion for leave to amend his complaint;[3] and, (4) plaintiff's "Motion for Re-Hearing to the Chief Judge: Karon O Bowdre on Motion for Recusal and/or Disqualification."[4]

Plaintiff asks the court to quash the reply brief filed by Capital One on August 29, 2017, addressing plaintiff's August 16, 2017 "Notice of Objection and Opposition to Defendant's Request for Extension of Time to File Responsive Pleading to

---

[1] Doc. no. 34.

[2] Doc. no. 35.

[3] Doc. no. 40.

[4] Doc. no. 41.

...

Plaintiff's Complaint."[5] The court shares plaintiff's confusion as to why Capital One filed the reply brief *after* the court had already granted its motion for extension of time to file a responsive pleading.[6] Even so, there is no reason for the reply brief to be stricken from the record. Accordingly, plaintiff's motion to quash is DENIED.

Plaintiff's "Motion for Re-Hearing to the Chief Judge: Karon O Bowdre on Motion for Recusal and/or Disqualification" requests for review of United States Magistrate Judge Herman N. Johnson, Jr.'s August 29, 2017 order denying plaintiff's motion for recusal.[7] After that order was entered, the case was reassigned to the undersigned judge as a result of the parties' failure to consent to the exercise of dispositive jurisdiction by a Magistrate Judge.[8] Accordingly, plaintiff's motion for re-hearing of the recusal issue is DENIED as moot.

Finally, in the motion for leave to amend his complaint, plaintiff seeks to address some of the issues raised in Capital One's motion to dismiss though the filing of the amended complaint. Upon consideration, the motion for leave to amend is

---

[5] *See* doc. no. 33 (Defendant Capital One Bank (USA), N.A.'s Response in Opposition to Motion); doc. no. 16 (Notice of Objection and Opposition to Defendant's Request for Extension of Time to File Responsive Pleading to Plaintiff's Complaint).

[6] *See* doc. no. 14 (Defendant's Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint); doc. no. 15 (Text Order Granting Defendant's Motion for Extension of Time).

[7] *See* doc. no. 30 (Plaintiff's Motion for Recusal); doc. no. 32 (Order Denying Motion for Recusal).

[8] *See* doc. no. 43 (Notice of Reassignment).

GRANTED. Plaintiff is ORDERED to file an amended complaint, encompassing all of his claims against all defendants, on or before October 5, 2017. Plaintiff is advised that, upon the filing of an amended complaint, his original complaint will no longer be in effect, and both defendants will have the right to file an answer or other pleading in response to the amended complaint. Capital One's motion to dismiss is DENIED, but without prejudice to Capital One's right to refile the motion, if necessary, in response to the amended complaint.

      **DONE** and **ORDERED** this 22nd day of September, 2017.

                                          _____
                                          United States District Judge