Case 5:17-cv-01216-CLS   Document 50   Filed 10/12/17   Page 1 of 3

Troy T. Williams v. Capital One Bank(USA)N.A. and Equifax Information Services LLC.
Case No: 5:17-cv-01216-CLS

FILED
2017 Oct-12 AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

October 12, 2017

This document relates to:

**Troy T. Williams,** an
Individual

*Plaintiff,*

V.

**Capital One Bank (USA)N.A.
and Equifax Information Services
LLC.**
*Defendant(s)*

:
:
:  Case No. 5:17-cv-01216-CLS
:  PLAINTIFF DEMANDS TRIAL
:  BY JURY
:
:
:
:

## PLAINTIFF'S VOLUNTARY WITHDRAWL OF AMENDED REPORT OF THE PARTIES PLANNING MEETING

**Comes Now**, Plaintiff, Williams, by way of pro se', hereby voluntarily withdraws "Amended Report Of The Parties Planning Meeting" due to inadvertence because defendant[s], [Capital One Bank(USA)N.A., hereinafter "Capital One Bank] and [Equifax Information Services LLC., hereinafter

"Equifax"] has attempted to reach out to Plaintiff to try to reach some time of consensus concerning this matter within the allotted time indicated by the Court.

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

## Certificate of Interested Parties:

October 12, 2017

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Plaintiff's Voluntary Withdrawl of Amended Parties Planning Meeting"* is in compliance with **with Local Court Rules and Fed.R.Civ.P.".** I have sent the following parties a copy of my brief via United States Postal Service and by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services Inc.**
**Attn: Kirkland E Reid**
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person