FILED

2017 Oct-13  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **TROY T. WILLIAMS,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **Case No.: 5:17-cv-01216-CLS** |
| **CAPITAL ONE BANK (USA),** | ) | **UNOPPOSED** |
| **N.A., et al.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPORT OF PARTIES' PLANNING MEETING

Defendant Capital One Bank (USA), N.A. (Capital One), on behalf of itself and Defendant Equifax Information Services, LLC (Equifax) (collectively Defendants), respectfully moves this Court for a 7-day extension of time to file the Report of the Parties' Planning Meeting, which no party opposes after consultation through e-mail, stating as follows:

1.     The deadline for the parties to hold their Planning Meeting was September 29, 2017. Emails were circulated between the parties regarding holding the conference on September 28, 2017.

2.     Counsel for Capital One circulated a draft report in advance of the appointed time for the Meeting. The parties began holding the Meeting but the

decision was made to move the Meeting to September 29, 2017, to allow Plaintiff additional time in advance of the Meeting to review the Report.

3.      During the Meeting, the parties had differing positions regarding applicable deadlines in the case, which Defendants proposed resolving by setting forth the parties' respective positions, which counsel for Capital One inserted in a working draft during the call. Otherwise, the parties appeared to be in agreement regarding all other parts of the Report. All that remained was insertion of the Parties' respective synopsis.

4.      Plaintiff asked that he be allowed until October 2, 2017, to provide his synopsis, a request to which Defendants readily agreed. Defendants then waited until after Plaintiff's Amended Complaint was filed on October 5, 2017, and to review the Amended Complaint to begin working on their individual synopsis.

5.      On October 11, 2017, Plaintiff filed a unilateral Report of the Parties' Planning Meeting, followed by an Amended Report. (See ECF Nos. 48, 49.) After Defendants wrote Plaintiff about the filing, Plaintiff withdrew the Amended Report. (ECF No. 50.)

6.      During several emails exchanged between the parties over the past two days, Plaintiff stated he took issue with Defendants' synopsis and other portions of the Report. Capital One's counsel's called Plaintiff in an attempt to

discuss the purported issues so that a joint Report could be filed by the October 13, 2017, deadline.

7.      On October 12, 2017, Capital One's counsel also asked Plaintiff if he opposed a seven day extension of time to file the Report of the Parties' Planning Meeting. On October 13, Plaintiff circulated proposed revisions to the Report of the Parties' Planning Meeting. Plaintiff also advised that he did not oppose a seven day extension of time to file the Report of the Parties' Planning Meeting.

8.      Counsel for Capital One was traveling the afternoon of October 12, 2017, for a court appearance on October 13, 2017. Undersigned counsel was in court out of state and traveling on October 13, 2017. Equifax's counsel is also out of the office traveling today.

9.      Defendants truly desire to file a joint Report of the Parties' Planning Meeting if possible, and for this reason respectfully request that this Court allow a 7-day extension of time to file the Report.

WHEREFORE, PREMISES CONSIDERED, Defendant Capital One Bank (USA), N.A., on behalf of itself and Equifax Information Services, LLC, respectfully requests that this Court extend the deadline to file the Report of the Parties' Planning Meeting seven days through October 20, 2017.

Dated:        October 13, 2017

Respectfully Submitted,


/s Joshua H. Threadcraft
Joshua H. Threadcraft (ASB-7136-H36T)
Joshua.Threadcraft@burr.com
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:   205-413-8701
*Attorney for Defendant Capital One Bank (USA), N.A.*


## CERTIFICATE OF SERVICE

I do hereby certify that on this the 13th day of October, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Kirkland E Reid
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602

Troy T. Williams
P.O. Box 464
Harvest, Alabama 35749

/s Joshua H. Threadcraft
Joshua H. Threadcraft