IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

October 20, 2017

FILED
2017 OCT 20  A 9:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

This document relates to:

**Troy T. Williams,** an Individual

*Plaintiff,*

V.

**Capital One Bank (USA)N.A. and Equifax Information Services LLC.**
*Defendant(s)*

: 
: **CaseNo. 5:17-cv-01216-CLS**
: PLAINTIFF DEMANDS TRIAL
: BY JURY
:
:
: UNOPPOSED

---

## PLAINTIFF RESPONSE TO DEFENDANT'S MOTION ECF 59

Plaintiff Williams never opposed submission of Counsel's motion entry of ECF 59.

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

## Certificate of Interested Parties:

October 20, 2017

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Plaintiff Never Opposed Defendant ECF 59 Motion"* is in compliance with **with Local Court Rules and Fed.R.Civ.P."**.I have sent the following parties a copy of my brief via United States Postal Service and by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services Inc.**
**Attn: Kirkland E Reid**
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person