# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **CAPITAL ONE BANK (USA), N.A., and EQUIFAX INFORMATION SERVICES, INC.,** | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on defendants' motion to file separate Rule 26 reports or, in the alternative, for a scheduling conference (doc. no. 59). Upon consideration, the motion is GRANTED. The parties will be permitted to file separate Rule 26 reports. Each party's report must be filed by 4:30 p.m. on October 23, 2017.

**DONE** and **ORDERED** this 20th day of October, 2017.

_____
United States District Judge