Case 5:17-cv-01216-CLS   Document 63-1   Filed 10/20/17   Page 1 of 1

FILED
2017 Oct-20 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exh #1

in:sent

Move to Inbox    More

**Plaintiff Position On Parties Planning Meeting**

People (2)

 T Williams <twothe111will@gmail.com>                    Oct 18 (2 days ago)
to Joshua, Kirk

Threadcraft, Jos
jthreadcraft@burr.cc

To Respected Counsel On Record

Show det

Please disregard the former email labeled as above and use this email and attachment in its place. Thank you.

**Troy-T Williams**
**Without Recourse, Without Prejudice All rights in tact, UCC 1.308**

**Electronic Communication Notice:**
**THIS MESSAGE IS PRIVATE INTENDED FOR THE RECIPIENT ONLY!** This is Not A Public Communication!
This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act,
18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or
confidential information. To all public servants, including but not limited to Federal, State, or Local corporate
government(s): I accept your oath of office as your firm and binding contract between you and me, one of the
People, whereby you have promised to serve, protect, and defend me, guarantee all of my unalienable rights,
and defend the Constitution for the united States of America. Any/all political, private, or public entities,
International, Federal, State, or Local corporate government(s), private International Organization(s),
Municipality (ies), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ies) working in
collusion by monitoring My (this email) email(s),and any other means of communication without My express
written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My
rights, without prejudice and without recourse to any of My rights. Tampering with private communications and
information is a serious crime that can lead to a Dejure Grand Jury indictment.

**HONORABLE AND PEACEFUL NOTICE TO OFFICERS/AGENTS OF THE FEDERAL UNITED STATES
CORPORATION:** This information is not intended to harass, intimidate, offend, conspire, blackmail, coerce,
cause anxiety, alarm, contempt or distress, or impede any public duties. IT IS PRESENTED WITH ONLY
HONORABLE AND PEACEFUL INTENTIONS. Any affirmation contrary to this verified statement of facts will
comprise your stipulation to committing a fraud upon the court. A Dejure Grand Jury will be used for
enforcement of this lawful and proper disclaimer and to correct all LEGAL defects "in" LAW.
Any omission does not constitute a waiver of any and/or all intellectual property rights or reserved rights.
Notice to Respondeat Inferior is Notice to Respondeat Superior.
Notice to Respondeat Superior is Notice to Respondeat Inferior.