T. Williams v. Capital One - twothe1t1will@gmail.com - Gmail    Case 5:17-cv-01216-CLS   Document 63-2   Filed 10/20/17   Page 1 of 1    https://mail.google.com/mail/u/0/#label/Capital+One+and+Equifax+L...

FILED
2017 Oct-20 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exh # 2



label:capital-one-and-equifax-litigation-5:17-cv-01216hnj

Remove label          More

### T. Williams v. Capital One    Capital One and Equifax Litigation 5:17-cv-01216HNJ   x

People (6)

**Threadcraft, Joshua**                                                      Oct 11 (9 days ago)
Mr. Williams- I see that today you unilaterally filed the Report of the Parti...

Mail Delivery Su
mailer-daemon@go

**Reid, Kirk** <kreid@joneswalker.com>                                       Oct 11 (9 days ago)
to CCampbell, Joshua, me, Brook

Show det

Mr. Williams: I have the same question as Joshua. The Court will not expect or want an incomplete report filed by one party without informing the other parties. If you do not wish to have your positions/synopsis included in the joint report due Friday, please let us know and we will note that fact and proceed to file jointly for defendants only.

We're happy to answer any questions you may have.

**Kirkland E. Reid**              11 N Water Street Suite 1200
*Partner*                          Mobile, AL 36602
**Jones Walker LLP**              T. 251.432.1414
D: 251.439.7513  F: 251.439.7358   www.joneswalker.com
kreid@joneswalker.com

NOTICE: This message constitutes a confidential lawyer-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, do not read it. Please delete it from your system without copying it, and notify the sender so that our address record can be corrected.

*We have relocated effective October 14, 2013. Please note Jones Walker's new office address.*

From: Threadcraft, Joshua [mailto:jthreadcraft@burr.com]
Sent: Wednesday, October 11, 2017 3:27 PM
To: 'T Williams' <twothe1t1will@gmail.com>
Cc: Reid, Kirk <kreid@joneswalker.com>; Robertson, Brook <brobertson@burr.com>
Subject: T. Williams v. Capital One