Update Concerning Your Request For Extesion - twothe1t1will@gmai... https://mail.google.com/mail/u/0/#label/Capital+One+and+Equifax+L...

Case 5:17-cv-01216-CLS  Document 63-3  Filed 10/20/17  Page 1 of 1

FILED
2017 Oct-20 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exh # 3



label:capital-one-and-equifax-litigation-5:17-cv-01216hnj

Remove label     More

### Update Concerning Your Request For Extesion
Capital One and Equifax Litigation 5:17-cv-01216HNJ   x

People (3)

Mail Delivery Su
mailer-daemon@go

T Williams <twothe1t1will@gmail.com>     Oct 13 (7 days ago)
to Joshua, Kirk

To Respected Counsel On Record:

In light of your last communication that has taken place on October 13, 2017 you indicated that you are planning to file the "extension of time" and cannot guarantee that it will be filed by close of business today.

I have indicated that your filing of this motion is un-opposed. However, Williams intends to be in line with the Court Order and file separately and let the Court settle the matter.

You and Counsel Reid can file separately as indicated by Counsel Reid.

Regards,

**Troy-T Williams**
**Without Recourse, Without Prejudice All rights in tact, UCC 1.308**

**Electronic Communication Notice:**
***THIS MESSAGE IS PRIVATE INTENDED FOR THE RECIPIENT ONLY!*** This is Not A Public Communication! This private email message, and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is for the sole use of the intended recipient and contains privileged and/or confidential information. To all public servants, including but not limited to Federal, State, or Local corporate government(s): I accept your oath of office as your firm and binding contract between you and me, one of the People, whereby you have promised to serve, protect, and defend me, guarantee all of my unalienable rights, and defend the Constitution for the united States of America. Any/all political, private, or public entities, International, Federal, State, or Local corporate government(s), private International Organization(s), Municipality (ies), Corporate agent(s), informant(s), investigator(s) et. al., and/or third party(ies) working in collusion by monitoring My (this email) email(s),and any other means of communication without My express written permission are barred from any review, use, disclosure, or distribution. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights. Tampering with private communications and information is a serious crime that can lead to a Dejure Grand Jury indictment.

**HONORABLE AND PEACEFUL NOTICE TO OFFICERS/AGENTS OF THE FEDERAL UNITED STATES CORPORATION:** This information is not intended to harass, intimidate, offend, conspire, blackmail, coerce, cause anxiety, alarm, contempt or distress, or impede any public duties. IT IS PRESENTED WITH ONLY HONORABLE AND PEACEFUL INTENTIONS. Any affirmation contrary to this verified statement of facts will comprise your stipulation to committing a fraud upon the court. A Dejure Grand Jury will be used for enforcement of this lawful and proper disclaimer and to correct all LEGAL defects "in" LAW.