# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CAPITAL ONE BANK (USA),** )<br>**N.A., and EQUIFAX** )<br>**INFORMATION SERVICES,** )<br>**INC.,** )<br>)<br>**Defendants.** ) | **Civil Action No. 5:17-CV-01216-CLS** |

## ORDER

This case is before the court on the motion filed by defendant Capital One Bank (USA), N.A., to dismiss plaintiff's second amended complaint (doc. no. 68). Plaintiff is ORDERED to respond to the motion on or before November 15, 2017.

**DONE** and **ORDERED** this 1st day of November, 2017.

_____
United States District Judge