# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **CAPITAL ONE BANK (USA), N.A., and EQUIFAX INFORMATION SERVICES, INC.,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on plaintiff's motion to strike the answer filed by defendant Equifax Information Services, Inc., to plaintiff's Second Amended Complaint (doc. no. 73). Defendant Equifax Information Services, Inc., is ORDERED to respond to the motion on or before November 28, 2017.

**DONE** and **ORDERED** this 14th day of November, 2017.

_____
United States District Judge