FILED
2017 Dec-08  PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **CAPITAL ONE BANK (USA), N.A., and EQUIFAX INFORMATION SERVICES, INC.,** | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on the *pro se* plaintiff's motion to strike the answer filed by defendant Equifax Information Services, Inc., to plaintiff's Second Amended Complaint (doc. no. 73). Upon consideration, the motion is DENIED. The issues raised by plaintiff can be addressed, if necessary, after the conclusion of discovery.

**DONE** and **ORDERED** this 8th day of December, 2017.

_____
United States District Judge