FILED
2017 Dec-15 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **CAPITAL ONE BANK (USA),** | ) |
| **N.A., and EQUIFAX** | ) |
| **INFORMATION SERVICES,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on the *pro se* plaintiff's motion to disqualify the undersigned due to personal bias and prejudice.[1]  Defendant is ORDERED to file a response to the motion on or before December 29, 2017.

**DONE** and **ORDERED** this 15th day of December, 2017.

_____
United States District Judge

---

[1] Doc. no. 76.