Case 5:17-cv-01216-CLS   Document 85   Filed 01/18/18   Page 1 of 3

Troy T. Williams v. Capital One Bank(USA)N.A.
Case No: 5:17-cv-01216-CLS

FILED
2018 Jan-18 PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

FILED
2018 JAN 18 A 8:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

### January 17, 2018

This document relates to:

**Troy T. Williams,** an Individual

*Plaintiff,*

V.

**Capital One Bank(USA)N.A. et.al.**
*Defendant*

: 
: 
: CaseNo. 5:17-cv-01216-CLS
: PLAINTIFF DEMANDS TRIAL
: BY JURY
:
:
:
:

---

### NOTICE OF APPEAL TO THE COURT OF APPEALS FROM JUDGEMENT OR ORDER FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

---

    **NOTICE,** is hereby given that Plaintiff, **Troy T. Williams**, asserts his appeal as of right- *"how taken"* in accords F. R. App. P. 3(a) and (c) and appeal as of right- *"when taken"* F. R .App. P. 4(a)(1)(A) in above named case, hereby appeals to the United States Court of Appeals for the **ELEVENTH CIRCUIT** for order rendered on January 8th, 2018 (Document No.84 ) granting Capital One

Bank(USA)N.A. "Motion to Dismiss" by Honorable **C. Lynwood Smith Jr.**, Judge of the United States District Court for the Northern District of Alabama, Eastern Division.

This Appeal is brought forth by Plaintiff Williams on the grounds that the District Court made an objectively unreasonable reading of the statute FCRA § 1681s-2, "the furnisher rule".

Respectfully submitted,

*[signature: Troy J. Williams]*

(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

## Certificate of Interested Parties:

January 17, 2018

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Plaintiff's Notice of Appeal"* is in compliance with **with Local Court Rules and Fed.R.Civ.P."**.I have sent the following parties a copy of my brief via United States Postal Service and/or by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services LLC.**
**Attn: Kirkland E Reid**
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person