FILED

2018 Jan-18  PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

January 18, 2018

David J. Smith
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303                    U.S.D.C. No. 5:17-CV-1216-CLS
                                     U.S.C.A. No. NEW CASE

IN RE: Williams v. Capital One Bank (USA) N.A., et al.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X        Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.  Please check
         if judgment was oral:

         Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts;

X        First Notice of Appeal?  YES  Dates of other Notices: N/A

         The following materials **SEALED** in this court (order enclosed) consisting of:

         Original papers (court file) and certified copy of docket entries per USCA request.

X        There was no hearing from which a transcript could be made.

         Copy of CJA Form 20 or District Court order appointing counsel.

         The appellant docket fee has been paid. NO  Date Paid:

         The appellant has been  leave to appeal in forma pauperis and  request for certificate of appealability (order enclosed).

X        The Judge/Magistrate Judge appealed from is: C. Lynwood Smith, Jr.

         The Court Reporter is:

         This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting  Clerk, U.S.
         Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

         This is a **DEATH PENALTY** appeal.

         Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

         Other:

         xc: Counsel                              Sharon H. Harris, Clerk


                              By:     /s/ Angela Ingleright
                                      Deputy Clerk