Case 5:17-cv-01216-CLS   Document 92   Filed 01/23/18   Page 1 of 4

Troy T. Williams v. Capital One Bank(USA)N.A. and Equifax Information Services LLC.
Case No. 5:17-cv-01216-CLS

FILED
2018 Jan-23 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

FILED
2018 JAN 23 P 2:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

### January 23, 2018

This document relates to:

**Troy T. Williams,** an Individual

*Plaintiff,*

V.

**Capital One Bank (USA)N.A.
and Equifax Information Services
LLC.**
*Defendant(s)*

: CaseNo. 5:17-cv-01216-CLS
: PLAINTIFF DEMANDS TRIAL
: BY JURY
:
:
:
:
:

---

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND ACCORD WITH FED. R. CIV. P. RULE 15(a) FOR INTERLOCUTORY APPEAL (ECF 83)

---

**Comes now,** Plaintiff, Williams, pro se', to hereby respectfully move the Court for

"Motion to Leave To Amend" *in a timely manner* of Court's order (ECF 83)

denying "Motion to Disqualify" of January 8, 2018 pursuant to **Title 28U.S.C.§ 1292(a)(1).**

I.   Introduction:

The court stated in its order (ECF 91) that it was denying interlocutory appeal for Capital One Bank based on 28U.S.C. § 1292(b). This order inadvertently mixes ECF 83 and 84 as one interlocutory appeal and by doing so, this is factually inaccurate.

Plaintiff Williams filed correctly concerning Capital One Bank(USA)N.A. under 28 U.S.C. § 1291, for order issued (ECF 84), granting Capital One Bank's "Motion to Dismiss" which has been transmitted to the Eleventh Circuit and assigned a case number.

Order (ECF 83), which refers to Equifax Information Services LLC., which was filed under 28USC § 1292(b) was improper, and now Plaintiff asked for leave to amend to file properly and timely under 28USC § 1292(a)(1). This means argument filed improperly would no longer apply, as would the Court's Order (ECF 91).

In other words, the improperly filed interlocutory appeal and the Court's order cancel each other out. Plaintiff, as a pro se', inadvertently stated inaccurately

1292(b), it should have been 1292(a)(1). Due to inclemental weather (wintry in nature) Plaintiff still would meet the ten day threshold to file for an interlocutory appeal. This action would not prejudice either party.

## RELIEF:

**WHEREBY**, Plaintiff, Williams respectfully ask this Court to grant leave to amend to file properly the Notice of Motion for Interlocutory Appeal for (ECF 83) denying "Motion to Disqualify", as it pertains to Equifax Information Services LLC., pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

## Certificate of Interested Parties:

January 23, 2018

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Plaintiff's Motion for Leave to Amend"* is in compliance with **with Local Court Rules and Fed.R.Civ.P.".** I have sent the following parties a copy of my brief via United States Postal Service and/or by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services LLC.**
**Attn: Kirkland E Reid**
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person