Case 5:17-cv-01216-CLS   Document 99   Filed 02/08/18   Page 1 of 3

Troy T. Williams v. Capital One Bank(USA)N.A. and Equifax Information Services L.L.C. | 1
**Case No. 5:17-cv-01216-CLS** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

FILED

2018 FEB -8 P 12: 21

U.S. DISTRICT COURT
N.D. OF ALABAMA

## February 5ᵗʰ , 2018

This document relates to:

**Troy T. Williams,** an
Individual

:
:

   **CaseNo. 5:17-cv-01216-CLS**

*Plaintiff,*

: PLAINTIFF DEMANDS TRIAL
: BY JURY

V.

:
:
:
:

**Equifax Information Services LLC.**
*Defendant*

---

### NOTICE OF CLERICAL ERROR CONCERNING ECF 85

---

    **Comes now**, Plaintiff Williams, to assert that the entry of Williams' "Notice of Appeal" (ECF 85)(which was clearly referenced in the caption) was entered incorrectly because it was inputted into the "Electronic Case File" as a "Notice of Interlocutory Appeal". Plaintiff asserts this is blatantly incorrect as it pertains to (ECF 85), because (ECF 86), pertains to the "Interlocutory Appeal" which was denied by the District Court, yet clearly referenced in the caption page, "Motion for Leave to File Interlocutory Appeal". Plaintiff Williams submitted two separate

appeals. The "Notice of Appeal" (ECF 85) applies to Capital One Bank(USA)N.A., because the District Court granted Capital One Bank's 12(b)6, "Motion to Dismiss". Williams asserts he is appealing Capital One Bank(USA)N.A. under 28 U.S.C. § 1291, not 28 U.S.C. § 1292(b) which applies to the "Interlocutory Appeal" which was denied. This should clear up any confusion as to who and what jurisdiction applies as it pertains to the District Court and Eleventh Circuit.

Respectfully submitted,

(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person

## <u>Certificate of Interested Parties:</u>

February 8th , 2018

I, Troy T. Williams, do solemnly swear that the foregoing is true and correct to the best of my knowledge and that this *"Plaintiff's Notice of Clerical Error"* is in compliance with **with Local Court Rules and Fed.R.Civ.P.".**I have sent the following parties a copy of my brief via United States Postal Service and/or by email..*If* you have any questions please contact me at twothe1t1will@gmail.com. Thank you.

**Captial One Bank (USA)N.A.**
**Attn: Joshua Threadcraft**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Email: JThreadcraft@burr.com
Attorney To Be Noticed

**Equifax Information Services LLC.**
**Attn: Kirkland E Reid**
JONES WALKER LLP
11 N. Water Street
Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

/s/Troy T. Williams
(Pro Se)
PO Box 464
Harvest, Alabama
256-749-2614
256-829-8246 Alt#
twothe1t1will@gmail.com
In Proper Person