# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on the *pro se* plaintiff's motion for summary judgment (doc. no. 101).  Defendant is ORDERED to respond to the motion by April 9, 2018.  Plaintiff is ORDERED to file a reply brief by April 20, 2018.

**DONE** and **ORDERED** this 19th day of March, 2018.

_____
United States District Judge