IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TROY WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), et al.,<br><br>      Defendants. | Case No. 5:17-cv-01216-CLS |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## <u>WITNESS LIST</u>

Defendant Equifax Information Services LLC ("Equifax") provides the following list of witnesses:

1.     Celestina Gobin
   Equifax Information Services LLC
   1550 Peachtree Street, NE,
   Atlanta, Georgia 30309
   c/o Equifax's counsel

   Ms. Gobin is expected to testify concerning Equifax's policies and procedures as well as Plaintiff's communications with Equifax and those matters in Plaintiff's Complaint.

2.     All witnesses, if any, named by Plaintiff


Dated: May 9, 2018

<u>/s/ Kirkland E. Reid</u><br>
Kirkland E. Reid (REIDK9451)<br>
Attorney for Equifax Information<br>
Services LLC

{MB307165.1}

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com


### CERTIFICATE OF SERVICE

  This is to certify that on May 9, 2018 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system and sent a copy via U.S. mail to:

Troy T. Williams
PO Box 464
Harvest, AL 35749

            */s/ Kirkland E. Reid*
            Kirkland E. Reid