FILED
2018 May-09  PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TROY WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), et al.,<br><br>     Defendants. | Case No. 5:17-cv-01216-CLS |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## EXHIBIT LIST

Defendant Equifax Information Services LLC ("Equifax") hereby designates the following exhibits pursuant to Fed. R. Civ. R. 26(a)(3) and this Court's Scheduling Order as follows:

| No. | Description | Marked | Offered | Objected To | Admitted | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | ACIS (EIS-WILLIAMS-000001-24) | | | | | |
| 2 | Phone Log (EIS-WILLIAMS-000025) | | | | | |
| 3 | March 5, 2018 Disclosure (EIS-WILLIAMS-000026-30) | | | | | |

{MB307167.1}

| No. | Description | Marked | Offered | Objected To | Admitted | Date |
|---|---|---|---|---|---|---|
| 4 | Judgment Order against Troy Williams in the District Court of Madison County, Alabama, Case No. DV-2010-902072.00, filed on January 21, 2011 (Exhibit A to Equifax's Motion for Summary Judgment, Doc. 107, p. 40). | | | | | |
| 5 | Summary exhibits as determined | | | | | |
| 6 | Demonstrative drawings, charts, models, aids, and exemplars | | | | | |
| 7 | Any necessary rebuttal or impeachment exhibits | | | | | |
| 8 | Any exhibit listed by any other party in this matter to which Equifax has no objection | | | | | |

Defendant Equifax reserves the right to supplement or amend this Exhibit List based upon the Court's decision on Motions in Limine, if any, and any other Pretrial ruling.

Dated: May 9, 2018

/s/ Kirkland E. Reid
Kirkland E. Reid (REIDK9451)
Attorney for Equifax Information Services LLC

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com

## CERTIFICATE OF SERVICE

This is to certify that on May 9, 2018 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system and sent a copy via U.S. mail to:

Troy T. Williams
PO Box 464
Harvest, AL 35749

/s/ Kirkland E. Reid
Kirkland E. Reid

{MB307167.1}

3