# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 5:17-CV-01216-CLS |
| **EQUIFAX INFORMATION SERVICES, INC.,** | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith, it is **CONSIDERED**, **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion for summary judgment (doc. no. 101) is DENIED, the motion for summary judgment filed by defendant, Equifax Information Services, Inc. (doc. no. 107), is GRANTED, and all claims of plaintiff, Troy T. Williams, are dismissed with prejudice. Costs are taxed to plaintiff, and the Clerk is directed to close this file.

**DONE** and **ORDERED** this 20th day of September, 2018.

_____
United States District Judge