# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TROY T. WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) Civil Action No. 5:17-CV-01216-CLS |
| **EQUIFAX INFORMATION SERVICES, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on plaintiff's motion for leave to proceed on appeal *in forma pauperis* (doc. no. 123).  Upon consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 4th day of October, 2018.

_____
United States District Judge